## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JESSICA M. SANCHEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV314** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **ANDREW J. BREMER, JAMIE CARDENAS, and CITY OF ALLIANCE,** | ) ) ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Unopposed Motion to Change Place of Trial (filing 8). The Motion will be granted.

**IT IS ORDERED:**

1. Plaintiff's Unopposed Motion to Change Place of Trial (filing 8) is granted.

2. Trial will be held in North Platte, Nebraska.

3. The Clerk shall amend the records to reflect the change in place of trial.

**DATED September 29, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**