IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSICA M. SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV314 |
| | ) | |
| V. | ) | |
| | ) | |
| ANDREW J. BREMER, JAMIE CARDENAS, and CITY OF ALLIANCE, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff's counsel, Jennifer L. Turco Meyer, has moved to withdraw as counsel of record for Plaintiff for the reason that she is no longer employed by The Robert Pahlke Law Group.  (Filing 12.)  As Plaintiff will continue to be represented in this matter by The Robert Pahlke Law Group and Nossaman Petitt Law Firm, P.C., Ms. Meyer's motion to withdraw will be granted.

**IT IS ORDERED:**

1. Jennifer L. Turco Meyer's Motion to Withdraw (filing 12) is granted.

2. Ms. Meyer shall be removed as counsel of record for Plaintiff in this case.

3. The Clerk shall terminate future notices to Ms. Meyer in this action.

**DATED November 1, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge