IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA M. SANCHEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>ANDREW J. BREMER; JAMIE CARDENAS; AND CITY OF ALLIANCE,<br><br>             Defendants. | 8:11-CV-314<br><br>ORDER |

      This matter is before the Court on the unopposed Motion to Extend (filing 38) filed by Plaintiff Jessica M. Sanchez. On December 16, 2011, Defendants filed a Motion for Summary Judgment (filing 19) and a Motion to Stay Discovery and Further Proceedings (filing 22). Plaintiff responded with a Motion to Stay Consideration of Defendants' Motion for Summary Judgment (filing 25). In her Motion to Stay, Plaintiff also requested that the Court permit discovery. *Id.* at 2. On January 4, 2012, Plaintiff filed an unopposed Motion to Extend (filing 30), requesting that the Court set the deadline for responding to Defendants' Motion for Summary Judgment for 10 days following the Court's ruling on her Motion to Stay. Magistrate Judge F. A. Gossett granted Plaintiff's Motion to Extend. Filing 31.

      On February 29, 2012, Magistrate Judge Cheryl Zwart issued a Memorandum and Order (filing 36) granting Defendants' Motion to Stay Discovery and Further Proceedings (filing 22) and denying Plaintiff's Motion to Stay (filing 25). Per Magistrate Judge Gossett's prior order, Plaintiff's response to Defendants' Motion for Summary Judgment was due on or before March 12, 2012.

      Plaintiff has filed an Objection (filing 37) to Magistrate Judge Zwart's Memorandum and Order of February 29, 2012. Plaintiff's present Motion to Extend (filing 38) requests the Court to set the deadline for responding to Defendants' Motion for Summary Judgment for 10 days following the Court's ruling on Plaintiff's Objection. Defendants do not object, and the Court will grant Plaintiff's Motion to Extend. Accordingly,

- 2 -

IT IS ORDERED:

1. Plaintiff's Motion to Extend (filing 38) is granted;
2. Per NECivR 72.2(a), Defendants may file an opposing brief. Any opposing brief shall be filed on or before March 23, 2012, at which time Plaintiff's Objection (filing 37) will be ripe for review; and
3. When the Court rules on Plaintiff's Objection (filing 37), it will set a date for Plaintiff to respond to Defendants' Motion for Summary Judgment.

Dated this 9th day of March, 2012.

BY THE COURT:

s/ *John M. Gerrard*
John M. Gerrard
United States District Judge